IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALMA SANCHEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-06-701 |
| | § | |
| WAL-MART STORES, INC., *et al.* | § | |
| | § | |

## ORDER

On the 25th day of May, 2007, the parties announced a complete settlement of all controversies herein existing. It is accordingly

**ORDERED, ADJUDGED** and **DECREED** that this cause is hereby **ADMINISTRATIVELY CLOSED** for a period of 30 days. As permitted by the Supreme Court and the Fifth Circuit, the Court **expressly retains jurisdiction over the settlement of this case for the stated period of administrative closure.** *See Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375, 114 S. Ct. 1673, 128 L. Ed. 2d 391 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002). Either side may move to re-open within such time, for good cause shown.

**IT IS SO ORDERED.**

**DONE** at Galveston, Texas this the _4th_ day of June, 2007.

_____
SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE